

KNO: USAO 2018R00523

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 JAN 28  PM 7: 54

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX 19 cr 39 |
| | * | |
| JEAN BUTEAU REMARQUE, | * | (Possession of Child Pornography, |
| | * | 18 U.S.C. § 2252A(a)(5)(B); |
| Defendant | * | Forfeiture, 18 U.S.C. § 2253) |
| | * | |

*******

### INDICTMENT

### COUNT ONE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about July 17, 2018, in the District of Maryland, the defendant,

**JEAN BUTEAU REMARQUE,**

did knowingly possess any material that contained an image of child pornography, as defined in 18 U.S.C. § 2256(8), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to 18 U.S.C. § 2253, upon conviction of the offense set forth in Count One of this Indictment, in violation of 18 U.S.C. § 2252A, the defendant,

**JEAN BUTEAU REMARQUE,**

shall forfeit to the United States of America:

    a. Any visual depiction described in 18 U.S.C. § 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense.

2. If, as a result of any act or omission of the defendant, any of the property described above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), shall be entitled to forfeiture of substitute property.

18 U.S.C. § 2253

*Robert K. Hur/ko*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: January 28, 2019