

**Law Office of Donald LaRoche, P.L.L.C.**
Mailing:3360 Post Office Road, #1801 • Woodbridge, VA 22195
Office 774.204.1016 • Fax 774.678.3023 • dlaroche@dlesq.net

---

Donald LaRoche, Esq.                    Admitted in MA and MD          www.dlesq.net

---

**Chambers of Stephanie A. Gallagher**
**U.S. District Judge**
**101 West Lombard St.**
**Baltimore, Maryland 21201**

RE:  U.S. v. Jean Remarque

Dear Your Honor :

On behalf of my client, Jean Remarque, I write this letter to inquire when will the arraignment occur regarding the Government's third superseding indictment.

It escaped me to ask on this past Tuesday during the final pretrial hearing on March 9, 2021. In discussing the outcome of the hearing with my client that it had escaped me to ask the Court for the arraignment date. As such, my inquiry is when and how this will occur.  Thank you.

Sincerely,

Donald LaRoche
On behalf Jean Remarque

Cc: AUSA Timothy F. Hagan