### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES,** | * | |
| Plaintiff, | * | |
| v. | * | Criminal No. SAG-19-0039 |
| **JEAN BUTEAU REMARQUE,** | * | |
| Defendant. | * | |

### ORDER

I have received and reviewed Defendant's Emergency Motion to Stay Transfer to BOP Custody, ECF 296. The purpose of the emergency motion is to facilitate Defendant's completion of college courses that he is taking in pretrial detention, which is a commendable goal. I inquired with the United States Marshal's Service ("USMS") as to the viability of such a stay. I have learned that, due to the fact that Defendant's transfer is already processed, the USMS no longer has the ability to halt or delay the transfer. Such a step could most readily have been accomplished before the sentencing took place. Moreover, given the fact that Defendant is now in the process of transfer to BOP, any decision to keep him in pretrial detention would result in the District of Maryland having to pay contractually agreed rates for his continued local detention, at a rate of $150.00 per day. Given the increased budget strain this Court has experienced over the past two years as a result of public health measures, I cannot ask that this Court incur that significant cost despite Defendant's laudable wish to advance his education. I understand that BOP may have presently imposed a "stop" on transfers into its facilities but there is no means to predict how long the delay will be. It may not allow full completion of the courses in which Defendant is currently

enrolled. Unfortunately, however, due to the practical realities of the situation, Defendant's Emergency Motion, ECF 296, will be DENIED.

SO ORDERED this 2nd day of February, 2022.

/s/
Stephanie A. Gallagher
United States District Judge